*296
 
 Pearson, J.
 

 Ue concur with bis Honor in the viéw taken by him -of this «ase. As the deed was not 'delivered before two o’clock, the defendant was in default, and plaintiff had a good cause of action at that time. It was therefore gratuitous, .and a matter of favor oh his part, to agree to go to an attorney, so that the deed might be prepared and accepted
 
 nunc pro tunc.
 
 It comes with an ill grace from the defendant to insist, that after dallying about the matter and detaining the plaintiff ’till almost dark, he had a right to deliver the deed on the next 'day, although the plaintiff had, the day before, twice
 
 “
 
 quickened his diligence” within the appointed time, by suggesting that the deed had better be executed, and h-ad finally, after his patience was exhausted, started home, notifying the defendant that he would not accept the deed afterwards, but should .insist on having the money. • The plaintiff certainly had a right to put an end to the continuance of the favor that he had granted. The defendant had no right to trifle with him any longer, and was bound to hand him back his money, (the fifty dollars paid). "Whether he was not also bound to pay the fifty dollars forfeit, is a question not presented by the ease.
 

 Pjsb CuRiAM, Judgment affirmed.